UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Teresa Marie Schnell, Trustee for the Next of Kin of Dillon Dean Bakke, Decedent, | Case No. 23-cv-2655 (KMM/SGE) |
| Plaintiff, | |
| v. | **ORDER FOR DISTRIBUTION** |
| Ramsey County,<br>Xue Yang, in Individual and Official Capacities,<br>Alex Grundhofer, in Individual and Official Capacities,<br>Scott Brommerich, in Individual and Official Capacities,<br>Antonio Rulli, in Individual and Official Capacities, | |
| Defendants. | |

---

This matter came before the Court on Plaintiff's Petition for Distribution and supporting Stipulation for Distribution. Under the Local Rules of the United States District Court for the District of Minnesota, in cases involving Court approval of wrongful-death settlements, the Court follows the State of Minnesota's procedures for considering such a petition. D. Minn. LR 17.1. Such matters are governed by Minn. Stat. § 573.02 and Minn. Gen. R. Prac. 144. Recovery in a wrongful-death action is for the "exclusive benefit of the surviving spouse and next of kin, proportionate to the pecuniary loss severally suffered by the death." Minn. Stat. § 573.02, subd. 1. The trial court "determines the proportionate pecuniary loss of the persons entitled to the recovery and orders distribution accordingly." *Id.* Under Minnesota Rule of General Practice 144.05 the trustee must file a verified petition that demonstrates, among other things, the amount of the settlement, the funds to be distributed and the proportionate share to be received by each next of kin, that notice was provided to each next of kin, and the amount to be provided to the trustee's attorney in attorney's fees and costs.

Having reviewed the Trustee's Petition in this case and considered the governing standards, the Court finds that the procedural requirements relevant to the petition have been satisfied, approves of the proposed distribution as both fair and adequate, and concludes that the attorney's fees and costs to be paid to the Trustee's counsel are reasonable. Accordingly, **IT IS HEREBY ORDERED THAT:**

1. The settlement proceeds totaling $3,600,000.00 shall be distributed as follows:

| | |
|---|---|
| $1,200,000.00: | Attorney's Fees, to be paid to Meshbesher & Student, P.A. |
| $43,447.37 | Attorney's Costs, to be paid to Meshbesher & Student, P.A. |
| $25,000.00 | BlueCross BlueShield lien settlement |
| $400,000.00: | To Larry Bakke |
| $50,000.00: | To Erin Karlstad |
| $50,000.00: | To Gunner Bakke |
| $20,000.00: | To Wyatt Bakke |
| $0.00: | To Thor Bakke |
| $1,811,552.63: | To the Teresa Marie Schnell Revocable Trust (such amount inclusive of funeral expenses) |

2. The distribution of these amounts shall be made in a timely manner by Meshbesher & Student, P.A., from the firm's trust account, and payable to the individuals and entities set forth above.

3. Pursuant to each Next of Kin's waiver set forth in the Stipulation for Distribution, no further notice or hearing regarding this matter shall be provided.

Date: April 25, 2025

*s/Katherine Menendez*
Katherine Menendez
United States District Judge